NORA LOUNSBURY et al., Respondents, *v.* THE KNIGHTS OF THE MACCABEES OF THE WORLD, Appellant.

*Lounsbury* v. *Knights of Maccabees*, 128 App. Div. 394, affirmed.
(Argued October 3, 1910; decided October 25, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 11, 1908, which sustained plaintiffs' exceptions, ordered to be heard in the first instance by the Appellate Division, and granted a motion for a new trial in an action to recover upon a certificate of life insurance.

*James M. E. O'Grady* for appellant.

*Hiram R. Wood* for respondents.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.